UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EVAN FAIN III, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ISLAMIC REPUBLIC OF IRAN, *et al.*, )<br>)<br>Defendants. )<br>) | 10-cv-628 (RCL) |

**ORDER AND JUDGMENT**

In accordance with the Memorandum Opinion issued this date, it is hereby

ORDERED that final judgment is entered in favor of plaintiffs Evan Fain III, Maria Elena Fain, Maria Elena Amosa, Evain Fain IV, and Joseph Edward Fain, and against defendants Islamic Republic of Iran and Iranian Ministry of Information and Security; it is furthermore

ORDERED that plaintiffs are awarded $15,268,703 in compensatory damages and $52,524,338 in punitive damages, for a total award of $67,793,041, to be distributed as follows:

| Plaintiff Name | Pain and Suffering | Economic Loss | Solatium | Punitive | Totals |
|---|---|---|---|---|---|
| Evan Fain III | $5,000,000 | $1,768,703 | $0 | $23,284,338 | $30,053,041 |
| Maria Fain | $0 | $0 | $4,000,000 | $13,760,000 | $17,760,000 |
| Maria Amosa | $0 | $0 | $1,500,000 | $5,160,000 | $6,660,000 |
| Evan Fain IV | $0 | $0 | $1,500,000 | $5,160,000 | $6,660,000 |
| Joseph Edward Fain | $0 | $0 | $1,500,000 | $5,160,000 | $6,660,000 |

ORDERED that defendants Islamic Republic of Iran and Iranian Ministry of Information and Security shall be liable, jointly and severally, for the entire $67,793,041 amount; it is furthermore

ORDERED that plaintiffs shall forthwith, at their own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Order and Judgment, and the Memorandum Opinion issued this date, to defendants.

This is a final, appealable order.  *See* Fed. R. App. P. (4)(a).

SO ORDERED.

Signed by Chief Judge Royce C. Lamberth on July 31, 2012.